**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DIOCESE OF ST. PETERSBURG, INC.,

    Plaintiff,

v.                                                     Case No: 8:15-cv-1977-T-30AEP

ARCH INSURANCE COMPANY,

    Defendant.

## **ORDER**

In this declaratory judgment action, the Court previously entered judgment in favor of Plaintiff, the Diocese of St. Petersburg. In that judgment, the Court concluded that, as a matter of law, an insurance policy Defendant Arch Insurance Company issued to a lessee of the Diocese covered the Diocese as an "additional insured." As a consequence of this insurance obligation, the Court further concluded that Arch has a duty to indemnify the Diocese for losses it incurred in an underlying negligence lawsuit. The Diocese later filed a motion for damages, attorney's fees, and costs (Dkt. 40), which Arch opposed. (Dkt. 44).

The Court deferred ruling because the Diocese's evidence of attorney's fees was insufficiently detailed to justify an award for those fees. (Dkt. 45). The Court ordered the Diocese to supply the Court with evidence specifically detailing the services rendered in the declaratory judgment action, the time expended on those services, and the fee for each service.

Now before the Court is the Diocese's supplemental filing in response to the Court's order. (Dkt. 48). In it, the Diocese supplies an affidavit of counsel, a time-and-services log

detailing $10,790.00 in attorney services rendered, receipts of court costs, and an expert affidavit of reasonableness. The Court has evidence this filing and concludes that it reflects reasonable fees and costs for specific services rendered and costs incurred. Accordingly, those fees and costs should be awarded. *See* Fla. Stat. § 627.428(1); *Phillips v. Certain Underwriters at Lloyd's London*, No: 6:04-cv-1430-Orl-DAB, 2005 WL 5926927, at *4 (M.D. Fla. Oct. 21, 2005) (citing *United Servs. Auto Ass'n v. Kiibler*, 364 So.2d 57, 59 (Fla. 3d DCA 1978)).

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for an Award of Damages, Costs, and Reasonable Attorney's Fees (Dkt. 40) is GRANTED in part.

2. Plaintiff is entitled to a judgment in the amount of $87,087.29, a total that comprises $75,849.79 for damages incurred in the underlying lawsuit, $10,730.00 for attorney's fees, and $507.50 in Court costs.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $87,087.29.

4. The Clerk is further directed to close this case and terminate all pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of July, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record